UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAWONA LYNN FARNAM                                                      PLAINTIFF

v.                              No. 2:18-CV-02173

ANDREW M. SAUL, Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 16) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to object has passed. The Magistrate recommends that the Court affirm the Social Security Administration's decision and dismiss Plaintiff's case with prejudice. The Court has carefully reviewed the report and recommendation, which contains no clear error, and it is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Social Security Administration is AFFIRMED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of November, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE