UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAWONA LYNN FARNAM                                                                   PLAINTIFF

v.                                     No. 2:18-CV-02173

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 7th day of November, 2019.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE